# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Jeanette Tye Runyon | Case Number: DNCW309CR000115-001 |
| | USM Number: 22569-058 |
| | Claire Rauscher |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| ☐ | Pleaded guilty to violation(s) |
| ☐ | Pleaded not guilty to count(s) |
| ☐ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a)(3) | CONCEALMENT OF FACTS ABOUT REENTRY | 11/5/07 | 1 |

| | |
|---|---|
| ☐ | Counts(s) (is)(are) dismissed on the motion of the United States. |
| ☐ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| ☐ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:**

1. Defendant sentenced to **TIME SERVED** + $10.00 Assessment.

Date of Imposition of Sentence: 8/5/09

_David S. Cayer_
United States Magistrate Judge

Date Signed: _____ August 6, 2009 _____

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal