
AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Jeanette Tye Runyon | Case Number: DNCW309CR000115-001 |
| | USM Number: 22569-058 |
| | Claire Rauscher |
| | Defendant's Attorney |

**THE DEFENDANT:**

- X  pleaded guilty to count(s) 1
- ☐  Pleaded guilty to violation(s)
- ☐  Pleaded not guilty to count(s)
- ☐  Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a)(3) | CONCEALMENT OF FACTS ABOUT REENTRY | 11/5/07 | 1 |

- ☐  Counts(s) (is)(are) dismissed on the motion of the United States.
- ☐  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ☐  Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. Defendant sentenced to **TIME SERVED** + $10.00 Assessment.

Date of Imposition of Sentence: 8/5/09

_____
David S. Cayer
United States Magistrate Judge

Date Signed: _____August 6, 2009_____

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal